**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**HENRY JAMES PETERS**                                                          **PLAINTIFF**

**v.**                                                       **No. 4:09CV3-P-S**

**LAWRENCE KELLY, ET AL.**                                           **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** under the doctrines of *res judicata* and collateral estoppel.

**SO ORDERED,** this the 12th day of August, 2009.

                                                       /s/ W. Allen Pepper, Jr.
                                                       W. ALLEN PEPPER, JR.
                                                       UNITED STATES DISTRICT JUDGE